UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #21-CR-10208-NMG-3

_____

UNITED STATES

v.

NOAH TAVELLA

_____

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

James L. Sultan, counsel of record for the defendant in the above-captioned criminal case, hereby provides notice of his withdrawal of appearance pursuant to Local Rule 83.5.2(c)(1). As grounds therefore, undersigned counsel avers that successor counsel Daniel D. DeMaria has filed an appearance on behalf of the defendant. To the best of undersigned counsel's knowledge, no motion is pending in the case, no trial date has been set, no evidentiary hearing has been set, and no reports, written or oral, are due.

                 /s/ James L. Sultan
                James L. Sultan, BBO #488400
                jsultan@rankin-sultan.com
                Rankin & Sultan
                1666 Massachusetts Avenue, Suite P-16
                Lexington, MA 02420
                (617) 720-0011

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2021.

                                                                         /s/ James L. Sultan
                                                                            James L. Sultan